IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAY DAVIS, | § | |
| TDCJ-CID NO.695352, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-06-3036 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

This is a FINAL JUDGMENT.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on 22nd day of December, 2006.

                                                                         MELINDA HARMON
                                                                         UNITED STATES DISTRICT JUDGE